```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA              )
                                      ) Criminal Action
                                      ) No.07-CR-00689-4,5,6 & 10
                                      )
         vs.                          )
                                      )
JAMES LENEGAN (4),                    )
JOHN MALLOY (5),                      )
WILLIAM HUDICEK (6), and              )
ROBERT DUNPHY (10)                    )
                                      )
              Defendants              )
```

O R D E R

NOW, this 10th day of June, 2008, upon consideration of the Motion to Sever, filed May 9, 2008, by defendant James Lenegan and joined in by defendant John Malloy; upon consideration of Defendant's Motion to Sever Pursuant to Rule 14 of the Federal Rules of Criminal Procedure, which motion was filed May 12, 2008, by defendant William Hudicek; upon consideration of the Motion for Severance Pursuant to Rule 14 Federal Rules of Criminal Procedure, which motion was filed May 9, 2008, by defendant Robert Dunphy; upon consideration of the Government's Opposition to Defendant's Motion for Severance, which opposition was filed May 15, 2008; after oral argument held this date; and for the reasons articulated simultaneously on the record,

         IT IS ORDERED that each motion for severance and joinder motion is denied.

                              BY THE COURT:


                               /s/ James Knoll Gardner
                              James Knoll Gardner
                              United States District Judge